DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Piper v. AMP, Inc.<br><br>169 N.C. App. 456 | No. 258P05 | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA04-217)<br><br>2. Defs' Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied 08/18/05<br><br>2. Dismissed as moot 08/18/05 |
| Reeves v. Yellow Transp., Inc.<br><br>170 N.C. App. 610 | No. 373P05 | Plt's PDR Under N.C.G.S. § 7A-31 (COA04-1140) | Denied 08/18/05 |
| Skinner v. Furman<br><br>169 N.C. App. 456 | No. 235P05 | Plts' PDR Under N.C.G.S. § 7A-31 (COA04-236) | Denied 08/18/05 |
| Smith v. Barbour<br><br>170 N.C. App. 436 | No. 339P05 | 1. Def's (Staci Day Barbour) NOA Based Upon A Constitutional Question (COA04-792 & COA04-1144)<br><br>2. Def's (Staci Day Barbour) PDR Under N.C.G.S. § 7A-31 | 1. Dismissed ex mero motu 08/18/05<br><br>2. Denied 08/18/05 |
| State v. al-Bayyinah<br><br>Case Below:<br>Davie County<br>Superior Court | No. 550A03 | Def's Motion to Stay Decision Pending the U.S. Supreme Court's Decision in *Oregon v. Guzek* (Davie County Superior Court) | Denied 08/18/05 |
| State v. Andrews<br><br>170 N.C. App. 68 | No. 303P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA02-691) | Denied 08/18/05 |
| State v. Augustine<br><br>Case Below:<br>Cumberland County<br>Superior Court | No. 130A03 | 1. Def's Motion to Hold Decision Pending U.S. Supreme Court's Decision in Kansas v. Marsh (Cumberland County Superior Court)<br><br>2. Def's Motion for Appropriate Relief | 1. Denied 08/18/05<br><br>2. Denied 08/18/05 |
| State v. Banuelos<br><br>169 N.C. App. 456 | No. 254P05 | 1. Petitioner's (Aegis Security Ins. Co.) PDR Under N.C.G.S. § 7A-31 (COA04-748)<br><br>2. Respondent's (Guilford County Board of Education) Motion to Deny PDR | 1. Denied 08/18/05<br><br>2. Dismissed as moot 08/18/05 |
| State v. Battle<br><br>172 N.C. App. 335 | No. 422P05 | AG's Motion for Temporary Stay (COA03-484) | Allowed 08/11/05 |
| State v. Boyd<br><br>169 N.C. App. 204 | No. 239P05-2 | Def's PWC to Review the Decision of the COA (COA04-216) | 1. Denied 08/18/05 |